1  Randall J. Sunshine, Esq. (SBN: 137363)
      rsunshine@linerlaw.com
2  Ted S. Ward, Esq. (SBN: 143810)
      tward@linerlaw.com
3  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
4  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90014-3503
5  Telephone: (310) 500-3500
   Facsimile : (310) 500-3501
6
   Attorneys for Plaintiff
7  MYMEDICALRECORDS, LLC

8
   D. James Pak (SBN 194331)
9  **BAKER & MCKENZIE LLP**
   Two Embarcadero Center, 11th Floor
10 San Francisco, California 94111
   Telephone: +1 415 592 3209
11 Facsimile:  +1 415 576 3099
   D.James.Pak@BakerMcKenzie.com
12
   Attorneys for Defendant
13 QUEST DIAGNOSTICS INCORPORATED

14

15                  UNITED STATES DISTRICT COURT
16                 CENTRAL DISTRICT OF CALIFORNIA
17                         WESTERN DIVISION
18

19 MYMEDICALRECORDS, LLC           | Case No. CV13-02538-ODW-SH
20            Plaintiff,           |
21 vs.                             | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
22 QUEST DIAGNOSTICS INCORPORATED, |
23                                 |
24            Defendants.          | Complaint Served: July 24, 2013
25                                 | Current Response Date: August 14, 2013
                                   | New Response Date: September 13, 2013
26                                 |
                                   | Hon. Otis D. Wright II
27

28

Baker & McKenzie LLP
Two Embarcadero Ctr
11th Floor
San Francisco, CA 94111
(415) 576-3000

Case No. CV13-0238-ODW-SH
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant Quest Diagnostics Incorporated's date for responding to the Complaint in this action is extended by 30 days such that Quest Diagnostics Incorporated shall have until and including September 13, 2013 to answer or otherwise respond to the Complaint in this action.

Dated: August 14, 2013

Respectfully Submitted,

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: _____
Randall J. Sunshine
Ted S. Ward
Edward A. Klein
Kim Zeldin

Attorney for Plaintiff
MYMEDICALRECORDS, INC.

Dated: August 14, 2013

Respectfully Submitted,

BAKER & McKENZIE LLP

By: /s/D. James Pak
D. James Pak
Attorney for Defendant
QUEST DIAGNOSTICS INCORPORATED

1

Case No. CV13-0238-ODW-SH
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Baker & McKenzie LLP
Two Embarcadero Ctr
11th Floor
San Francisco, CA 94111
(415) 576-3000