1  Randall J. Sunshine, Esq. (SBN: 137363)
        rsunshine@linerlaw.com
2  Ted S. Ward, Esq. (SBN: 143810)
        tward@linerlaw.com
3  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
4  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90014-3503
5  Telephone: (310) 500-3500
   Facsimile : (310) 500-3501
6
   Attorneys for Plaintiff
7  MYMEDICALRECORDS, INC.

8

9  D. James Pak (SBN 194331)
   **BAKER & MCKENZIE LLP**
   Two Embarcadero Center, 11th Floor
10 San Francisco, California 94111
   Telephone: +1 415 592 3209
11 Facsimile:  +1 415 576 3099
   D.James.Pak@BakerMcKenzie.com
12
   Attorneys for Defendant
13 QUEST DIAGNOSTICS INCORPORATED

14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                  **WESTERN DIVISION**

18

19 MYMEDICALRECORDS, INC.          | **Case No. CV13-02538-ODW-(SHx)**

20                      Plaintiff,

21 vs.                             **JOINT STIPULATION TO EXTEND
                                   TIME TO RESPOND TO INITIAL
22 QUEST DIAGNOSTICS              COMPLAINT**
   INCORPORATED,
23                    Defendants.  Complaint Served: July 24, 2013
                                   Current Response Date: September 13, 2013
24                                 New Response Date: October 13, 2013

25

26                                 Hon. Otis D. Wright II

27

28

Baker & McKenzie LLP
Two Embarcadero Ctr
11th Floor
San Francisco, CA 94111
(415) 576-3000

Case No. CV13-0238-ODW-SH
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Pursuant to Central District of California Local Rule 8-3, IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that Defendant Quest Diagnostics Incorporated's ("Quest") date for responding to the Complaint in this action is extended by thirty (30) days such that Quest shall have until and including October 13, 2013, to answer or otherwise respond to the Complaint in this action.  In support of this stipulation, the parties show the Court as follows:

1.      The Complaint in this matter was filed by MyMedicalRecords, Inc. ("MMR") on April 10, 2013.

2.      Quest was served by with the Complaint on July 24, 2013, making its response to the Complaint originally due on August 14, 2013.

3.      The parties stipulated to an initial extension of thirty (30) days, making the response to the complaint currently due on September 13, 2013.

4.      The parties are continuing discussions regarding a potential settlement or early resolution of this matter.

5.      Accordingly, MMR and Quest believe a second extension to respond to the Complaint would benefit all parties and conserve judicial resources.

WHEREFORE, Plaintiff MMR and Defendant Quest hereby stipulate that the date for Quest's response to the Complaint be extended from September 13, 2013, to October 13, 2013, and the parties respectfully request that this stipulation be approved by and ordered by the Court.

Baker & McKenzie LLP
Two Embarcadero Ctr
11th Floor
San Francisco, CA 94111
(415) 576-3000

1

1

2   Dated:   September 11, 2013        Respectfully Submitted,

3                                      LINER GRODE STEIN YANKELEVITZ
                                       SUNSHINE REGENSTREIF & TAYLOR LLP
4

5                                      By:

6                                      Randall J. Sunshine
                                       Ted S. Ward
7                                      Edward A. Klein
                                       Kim Zeldin
8
                                       Attorney for Plaintiff,
9                                      MYMEDICALRECORDS, INC.

10

11  Dated:   September 11, 2013        Respectfully Submitted,

12                                     BAKER & McKENZIE LLP

13

14                                     By: /s/D. James Pak
                                       D. James Pak
15
                                       Attorney for Defendant ,
16                                     QUEST DIAGNOSTICS INCORPORATED

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Ctr
11th Floor
San Francisco, CA 94111
(415) 576-3000

Case No. CV13-0238-ODW-SH
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT