<div style="color:red; font-weight:bold; text-align:center;">**DENIED**</div>
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| MYMEDICALRECORDS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>Defendants. | Case No. CV13-02538-ODW-(SHx)<br><br>**ORDER DENYING TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: July 24, 2013<br>Current Response Date: September 13, 2013<br>New Response Date: October 13, 2013<br><br>Hon. Otis D. Wright II |
|---|---|

　　Based upon the Joint Stipulation to Extend Time to Respond to Initial Complaint and **GOOD CAUSE APPEARING**:

　　**IT IS HEREBY ORDERED THAT** Defendant Quest Diagnostics Incorporated shall have up to and including October 13, 2013, within which to respond to the Complaint.

DATED: SEPTEMBER 12, 2013

<div style="color:red; font-weight:bold; text-align:center;">**DENIED**</div>
BY ORDER OF THE COURT
_____

OTIS D. WRIGHT, II, U.S DISTRICT JUDGE