**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYMEDICALRECORDS, INC., <br> Plaintiff, <br> v. <br> QUEST DIAGNOSTICS INC., <br> Defendant. | Case No. 2:13-cv-02538-ODW (SHx) <br> **FINAL JUDGMENT** <br> Judge: Hon. Otis D. Wright, II |

WHEREAS, Plaintiff MyMedicalRecords, Inc. ("MMR") contended that Defendant Quest Diagnostics Incorporated ("Quest") infringes claims 1-3 of U.S. Patent No. 8,498,883 ("the Asserted Claims of the '883 patent") and claims 8-12 of U.S. Patent No. 8,301,466 ("the Asserted Claims of the '466 Patent");

WHEREAS, on November 17, 2014, Quest filed a Motion for Summary Judgment that the Asserted Claims of the '883 Patent are invalid as indefinite under 35 U.S.C. § 112 ("Motion for Summary Judgment," *MyMedicalRecords, Inc. v. Walgreen Co.*, Case No. 2:13-CV-00631 ODW (SHx), ECF No. 91);

WHEREAS, on December 22, 2014, the Court issued an order granting the Motion for Summary Judgment and holding that the Asserted Claims of the '883 Patent are invalid as indefinite under 35 U.S.C. § 112 (ECF No. 92);

WHEREAS, on November 17, 2014, Quest filed a Motion for Judgment on the Pleadings that the Asserted Claims of the '466 Patent are invalid as unpatentable under 35 U.S.C. § 101 ("Motion for Judgment on the Pleadings," *MyMedicalRecords, Inc. v.*

*Walgreen Co.,* Case No. 2:13-CV-00631 ODW (SHx), ECF No. 90);

WHEREAS, on December 23, 2014, the Court issued an order granting the Motion for Judgment on the Pleadings and holding that the Asserted Claims of the '466 Patent are invalid as unpatentable under 35 U.S.C. § 101 (ECF No. 93); and,

WHEREAS, in view of the Court's Orders, final judgment should be entered.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Asserted Claims of the '883 Patent are invalid as indefinite under 35 U.S.C. § 112;
2. The Asserted Claims of the '466 Patent are invalid as unpatentable under 35 U.S.C. § 101;
3. Final judgment is entered in favor of Quest;
4. MMR takes nothing from Quest;
5. Pursuant to L.R. 54-1, Quest is the prevailing party in this action and its costs shall be taxed against MMR;
6. Pursuant to L.R. 54-2 and L.R. 54-10, any motions or applications for costs or attorneys' fees shall be served and filed within fourteen (14) days after the entry of this Final Judgment; and,
7. This case is dismissed with **PREJUDICE** and the Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 9, 2015

                                    **OTIS D. WRIGHT, II**
                        **UNITED STATES DISTRICT JUDGE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28